THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY CONNER, Otherwise Known as JOE DONOVAN, Appellant.— Judgment affirmed.   No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LaSALATA, Indicted as JOSEPH LASALATA, Appellant.— Judgment affirmed.   No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK GENOVA, Appellant.— Judgment affirmed.   No opinion.   Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.